■ In the Matter of PHILIP R. SHERIDAN et al., Respondents, against STEPHEN P. KENNEDY, as Police Commissioner of the Police Department of the City of New York, et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements to the petitioners-respondents. No opinion. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ. [19 Misc 2d 765.]

■ JOHN KATTIS, Respondent, v. JOHN TYREAS et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, Rabin, McNally and Stevens, JJ.

■ FLORENCE B. GOODMAN, Formerly FLORENCE S. SHRAGER, Respondent, v. IRVING SHRAGER, Also Known as JOHN SHRAGER, Appellant.— Judgment and order (one paper) unanimously affirmed, with costs to plaintiff-respondent. The order to be settled herein shall make appropriate provision for the discontinuance of the prior action in which a motion for summary judgment had been granted. Settle order. Concur — Botein, P. J., Breitel, Rabin, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LLOYD J. TURNIER, Appellant.— Judgment unanimously affirmed. No opinion. Concur — Botein, P. J., Breitel, Rabin, McNally and Stevens, JJ.

■ SYDNEY SNITOW et al., Individually and as Copartners of SNITOW & SNITOW, Respondents, v. NELSON C. DUKES et al., Appellants.— Appeal from order of July 9, 1959 unanimously dismissed, without costs, as moot in view of the decision of this court in Snitow v. Dukes (10 A D 2d 606). Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ SYDNEY SNITOW et al., Individually and as Copartners of SNITOW & SNITOW, Respondents, v. NELSON C. DUKES et al., Appellants.— The order of September 11, 1959 as resettled by the order of December 17, 1959, denying defendants-appellants' motion in the nature of one for the renewal or rehearing of the plaintiffs-respondents' motion for summary judgment, is reversed, on the law, on the facts and in the exercise of discretion, with costs to defendants-appellants (see Civ. Prac. Act, § 562-a); the defendants-appellants' said motion is granted. The order dated July 9, 1959 granting summary judgment is vacated and the plaintiffs-respondents' motion for summary judgment is denied on the law. The record raises questions of fact which require a trial, including, among others, the extent of plaintiffs-respondents' services covered by the mortgage and whether, in fact, plaintiffs-respondents rendered professional services as claimed. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ In the Matter of AGNES J. LYNCH, Respondent, against ROBERT E. HERMAN, as Acting State Rent Administrator, Appellant.— Order unanimously reversed on the law, with $20 costs and disbursements to respondent-appellant, and determination of State Rent Administrator reinstated. It cannot be said that the Administrator's determination was without a reasonable basis. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ In the Matter of 2 LEXINGTON AVENUE CORP., Respondent, against ROBERT C. WEAVER, as State Rent Administrator, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ In the Matter of 176 BROADWAY CORP., Appellant-Respondent, against TAX COMMISSION OF THE CITY OF NEW YORK, Respondent-Appellant.— Order unanimously modified, on the law and on the facts, so as to fix the values for the property designated as 176 Broadway, Manhattan, as follows: For the tax years, 1956–1957, 1957–1958 and 1958–1959: Land $1,200,000, Building